**FILED**

MAR 0 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '08 MJ 8198 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Lacey Desiree ESPINOZA, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about March 3, 2008, within the Southern District of California, defendant Lacey Desiree ESPINOZA did knowingly and intentionally import approximately 57.10 kilograms (125.62 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4TH DAY OF MARCH 2008.

_____
PETER C. LEWIS
U. S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

**v.**

**Lacey Desiree ESPINOZA**

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva.

On March 3, 2008, at approximately 0117 hours, Lacey Desiree ESPINOZA entered the United States at the Calexico, California, West Port of Entry. ESPINOZA was the driver and sole occupant of a 1999 Chrysler 300.

ESPINOZA approached lane 4, manned by CBP Officer Sanchez. During routine border inspection questioning, ESPINOZA gave a negative Customs declaration. CBP Officer Sanchez asked ESPINOZA about the ownership of the vehicle. ESPINOZA stated the owner of the vehicle was "Alonso." CBP Officer Sanchez asked ESPINOZA where she was coming from and ESPINOZA stated she dropped her father off at the bus station in Mexicali, Baja California, Mexico. CBP Officer Sanchez referred ESPINOZA and the vehicle to the secondary lot for further inspection.

In Secondary inspection, CBP Canine Enforcement Officer Parish was conducting a lot sweep with his assigned dog, when the dog alerted to the vehicle. CBP Officer Thomas then took a negative Customs declaration and asked ESPINOZA if the vehicle belonged to her. ESPINOZA stated the vehicle belonged to her stepfather and the purpose of her trip was to take her stepfather to the bus station in Mexicali. During his inspection CBP Officer Thomas found packages concealed in the spare tire well.

A subsequent inspection of the vehicle revealed twenty-five (25) packages concealed inside the spare tire well of the vehicle. CBP Officer Thomas probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 25 packages had a combined weight of approximately 57.10 kilograms (125.62 pounds) of marijuana.

ESPINOZA was placed under arrest and advised of her rights per Miranda, which she acknowledged and waived, agreeing to answer questions. ESPINOZA stated to Special Agent Silva she did not know the vehicle contained drugs. ESPINOZA stated she lives in Bakersfield, California. ESPINOZA stated the vehicle belonged to a person she did not know. ESPINOZA also said the purpose of her trip to Mexico was to give a ride to this unknown person from Bakersfield to a bus station in Mexicali.