FILED

2008 MAR 18 AM 10: 46

KWH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury  '08 CR 0794 L

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| LACEY DESIREE ESPINOZA, | ) Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. | ) Intent to Distribute |

The grand jury charges:

Count 1

On or about March 3, 2008, within the Southern District of California, defendant LACEY DESIREE ESPINOZA did knowingly and intentionally import 50 kilograms and more, to wit: approximately 57.10 kilograms (125.62 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:em:Imperial
3/17/08

<u>Count 2</u>

On or about March 3, 2008, within the Southern District of California, defendant LACEY DESIREE ESPINOZA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 57.10 kilograms (125.62 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 18, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney