**NORMA A. AGUILAR**
Federal Defenders of San Diego, Inc.
California State Bar No. 211088
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: norma_aguilar@fd.org

Attorneys for Ms.. Lacey Desiree Espinoza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0794-MJL |
| ) | |
| Plaintiff, ) | DATE: APRIL 21, 2008 |
| ) | TIME: 2:00 P.M. |
| v. ) | |
| ) | NOTICE OF MOTIONS AND MOTIONS |
| LACEY DESIREE ESPINOZA, ) | TO: |
| ) | |
| Defendant. ) | (1) DISMISS THE INDICTMENT FOR GRAND JURY VIOLATION; |
| ) | (2) SUPPRESS STATEMENTS; |
| ) | (3) COMPEL DISCOVERY/PRESERVE EVIDENCE; AND |
| ) | (4) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY, AND
      DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 21, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Lacey Desiree Espinoza, by and through her attorneys, Norma A. Aguilar and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

08CR0794-MJL

## MOTIONS

Defendant, Lacey Desiree Espinoza, by and through her attorney, Norma A. Aguilar and Federal Defenders of San Diego Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Dismiss the Indictment for Grand Jury Violation;
(2) Suppress Statements;
(3) Compel Discovery/Preserve Evidence; and
(4) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 7, 2008

/s/ Norma A. Aguilar
**NORMA A. AGUILAR**
Attorney for Ms. Espinoza
norma_aguilar@fd.org