# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 08CR0794-MJL |
| | ) |
| v. | ) |
| | ) **CERTIFICATE OF SERVICE** |
| LACEY DESIREE ESPINOZA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Dale Blankenship, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: April 7, 2008

 */s/Norma A. Aguilar*
**NORMA A. AGUILAR**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: norma_aguilar@fd.org