# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED** APR 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _SMW_ DEPUTY

UNITED STATES OF AMERICA )
vs ) CASE NUMBER 08CR0794-L
) ABSTRACT OF ORDER
) Booking No. 06065298
Lacy Desiree Espinoza )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/21/08__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

__X__ Defendant remanded and ( $5,000 P/S bond) ~~(_____ bond on appeal)~~ exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**M. JAMES LORENZ**
UNITED STATES ~~MAGISTRATE~~ District JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by S. Volkert
Deputy Clerk

Received _PK_ DUSM

S. VOLKERT

Crim-9 (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY