# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Lacey Desiree Espinoza

**WARRANT FOR ARREST**

CASE NUMBER: 08-CR-0794-L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Lacey Desiree Espinoza_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☒ Pretrial Violation

charging him or her with (brief description of offense)

DATE 4/21/08
ARRESTED BY Remanded in court
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY M[illegible]

In violation of Title _____See Above_____ United States Code, Section(s)

W. Samuel Hamrick, Jr.                    Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

                                          April 11, 2008, San Diego, California
Signature of Deputy  M. Jenkins           Date and Location

Bail fixed at $ _____No Bail_____  by  The Honorable M. James Lorenz
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I "B"        El Centro             Due 4/15