MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs  **LACEY DESIREE ESPINOZA**          No.   08CR0794-L

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on ___June 26, 2008___ and ended on ___9/15/08___ ; (    )
                                 and ended on _____ . (    )

3161(h)

___ (1)(A)    Exam or hrg for **mental or physical incapacity**                     A
___ (1)(B)    **NARA exam**ination (28:2902)                                        B
___ (1)(D)    State or Federal trials or **other charges pending**                  C
___ (1)(E)    **Interlocutory appeals**                                             D
___ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)          E
___ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)             F
___ (1)(J)    **Proceedings under advisement** not to exceed thirty days            G
___           Misc proc: Parole or prob rev, deportation, **extradition**           H
___ (1)(H)    **Transportation** from another district or to/from examination       6
              or hospitalization in ten days or less
___ (1)(I)    Consideration by Court of **proposed plea agreement**                 7
___ (2)       **Prosecution deferred** by mutual agreement                          I
___ (3)(A)(B) **Unavailability of defendant** or **essential witness**              M
___ (4)       Period of **mental or physical incompetence** of defendant to         N
              stand trial
___ (5)       Period of **NARA commitment or treatment**                            O
___ (6)       **Superseding indictment and/or new charges**                         P
___ (7)       **Defendant awaiting trial of co-defendant** when no severance        R
              has been granted
___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than        T
              one of the reasons below are given in support of continuance
___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding               T1
                 would result in a **miscarriage of justice** and
 ✓               the ends of justice outweigh the best interest
                 of the public and the defendant in a speedy trial.
                 **(Continuance - miscarriage of justice)**
              2) Failure to grant a **continuance** of the trial would result in
                 a miscarriage of justice as the defendant has tendered a
                 guilty plea to a magistrate judge and is awaiting a
                 determination as to whether the plea will be accepted.
                 **(Continuance - tendered a guilty plea)**
___ (8)(B)(ii)  2) **Case** unusual or **complex**                                  T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3
___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, T4
                   or give reasonable time to prepare
                   **(Continuance re counsel)**
___ 3161(I)    Time up to **withdrawal of guilty plea**                             U
___ 3161(b)    **Grand jury indictment time extended** thirty (30) more days        W

Date  6/26/08                                         _____
                                                         Judge's Initials